UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AMELIA WILBOURNE,<br><br>          Plaintiff,<br><br>vs.<br><br>FORSYTH COUNTY SCHOOL DISTRICT, et al<br><br>          Defendants. | CIVIL ACTION FILE<br><br>NO.  2:06-cv-78-WCO |

## J U D G M E N T

This action having come before the court, Honorable William C. O'Kelley, Senior United States District Judge, for consideration of defendants' motions for summary judgment, and the court having granted said motions, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Gainesville, Georgia, this 20th day of March, 2008.

                                        JAMES N. HATTEN
                                        CLERK OF COURT


                                        By:  s/Stacey Kemp
                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 20, 2008
James N. Hatten
Clerk of Court

By:    s/Stacey Kemp
        Deputy Clerk